No. 15,420.

ZUCKERMAN *v.* BUNDY COAL COMPANY ET AL.
(158 P. [2d] 1008)

Decided May 14, 1945.

Judgment affirmed in department without written opinion, Mr. Chief Justice Bakke, Mr. Justice Burke and Mr. Justice Stone participating.

Messrs. McDOUGAL & OAKES, for plaintiff in error.

Messrs. WOLVINGTON & WORMWOOD, for defendants in error.

No. 15,440.

LUIKART ET AL. *v.* UNION POTASH AND CHEMICAL COMPANY ET AL.
(159 P. [2d] 915)

Decided May 14, 1945.   Rehearing denied July 2, 1945.

Judgment affirmed in department without written opinion, Mr. Chief Justice Bakke, Mr. Justice Burke and Mr. Justice Stone participating.

Mr. DON B. OLIVER, for plaintiffs in error.

Messrs. GRANT, SHAFROTH & TOLL, for defendants in error.